Patrick Bright (SBN 68709)
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us

*Attorneys for Plaintiff*
*CIPM, LLC*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CIPM, LLC, a Utah LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>Sterno, a California LLC,<br><br>**Defendant.** | Case No. _____<br><br>**COMPLAINT – JURY TRIAL DEMANDED** |

Plaintiff CIPM, LLC ("CIPM") complains of Sterno, also known as Sterno Products, LLC, a California LLC, ("Sterno" or "Defendant") and alleges the following:

**Parties**

1. Plaintiff CIPM is a limited liability corporation organized and existing under the laws of Utah, and maintains its principal place of business in Utah.

2. Defendant Sterno is a CA LLC with a principal place of business in Corona, California, within the Eastern Division of the Central District of California.

1

Complaint with Jury Demand

## JURISDICTION

3.      This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

4.      This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over Defendant because Defendant has offices in Riverside County, CA, within the Eastern Division of this Judicial District.

## VENUE

6.      Venue is proper in this Judicial District under 28 U.S.C. § 1400(b) because Defendant has a place of business in, and has committed acts of patent infringement in the Eastern Division of this Judicial District.

7.      Venue is proper in this Judicial District under 28 U.S.C. § 1391(b)(3) because Defendant is subject to the Court's personal jurisdiction.

### THE PATENT-IN-SUIT AND THE PATENT PUBLICATION

8.      CIPM is the assignee of all right, title and interest in United States Patent Publication 2021/0113732 A1 (the "732 Patent Publication") and of United States Patent No. 12,569,584 (the "'584 Patent," and the "Patent-in-Suit"), including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patent-in-Suit. Accordingly, CIPM

2

possesses the right and standing to prosecute the present action for infringement of the Patent-in-Suit by Defendant.

9. On April 22, 2021, the United States Patent and Trademark Office published the '732 Patent Publication, entitled "Candle Warming Image Display Lamp." On March 17, 2026, the United States Patent and Trademark Office issued the '584 Patent. The '584 Patent is titled "Candle Warming Image Display Lamp." Copies of the '732 Patent Publication and the Patent-in-Suit are attached to this Complaint as Exhibit A.

10. On December 1, 2021, CIPM sent written notice of Sterno's predecessor Rimports LLC's infringement of the claims of the '732 Patent Publication, triggering accrual of damages for infringement under 35 USC section 154(d). Exhibit B to this complaint is a copy of that notice letter.

## COUNT I: INFRINGEMENT OF THE PATENT PUBLICATION AND OF THE PATENT-IN-SUIT

11. CIPM incorporates the above paragraphs herein by reference.

12. Defendant has been and continues to directly infringe at least claim 1 of the '732 Patent Publication and substantially identical claim 1 of the '584 Patent, in the Eastern Division of this District and elsewhere in the United States, by offering for sale and selling candle products such as Rimports/Sterno's spill-resistant scent emitting apparatus (the RSA). See Exhibit C hereto for an illustrative claim chart.

Complaint with Jury Demand

13.    CIPM is entitled to recover damages adequate to compensate it for Defendant's infringement in an amount no less than a reasonable royalty under 35 U.S.C. § 154(d) and 284.

## PRAYER FOR RELIEF

WHEREFORE, CIPM asks this Court to enter judgment against Defendant, granting the following relief:

A.    A declaration that Defendant has infringed the '732 Patent Publication and the Patent-in-Suit;

B.    An award of damages to compensate CIPM for Defendant's infringement of the '732 Patent Publication and of the Patent-in-Suit;

C.    An accounting of all damages and infringements not presented at trial;

D.    An award of prejudgment and post-judgment interest; and

E.    Such other relief as this Court may deem proper and just.

April 6, 2026

/s/ Patrick Bright
Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff

## DEMAND FOR JURY TRIAL

Under FRCP Rule 38, and Local Rule 38-1, Plaintiff demands trial by jury of all

4

Complaint with Jury Demand

issues so triable.

April 6, 2026

/s/ Patrick Bright
Patrick Bright
Wagner, Anderson & Bright P.C.
10524 W. Pico Boulevard #214
Los Angeles, CA 90064
213-700-6637
pbright@patentattorney.us
Counsel for Plaintiff

5
Complaint with Jury Demand

US 20210113732A1

## (19) United States
## (12) Patent Application Publication
Schramm

(10) Pub. No.: US 2021/0113732 A1

(43) Pub. Date: Apr. 22, 2021

(54) **CANDLE WARMING IMAGE DISPLAY LAMP**

(71) Applicant: **Michael R. Schramm**, Perry, UT (US)

(72) Inventor: **Michael R. Schramm**, Perry, UT (US)

(21) Appl. No.: **16/443,857**

(22) Filed: **Jun. 17, 2019**

### Related U.S. Application Data

(63) Continuation of application No. 14/604,928, filed on Jan. 26, 2015, now Pat. No. 10,322,200.

(60) Provisional application No. 61/931,576, filed on Jan. 25, 2014.

### Publication Classification

(51) **Int. Cl.**
| | |
|---|---|
| *A61L 9/02* | (2006.01) |
| *A47J 36/24* | (2006.01) |
| *F21V 33/00* | (2006.01) |
| *A61L 9/03* | (2006.01) |
| *F21V 35/00* | (2006.01) |
| *F21S 9/02* | (2006.01) |
| *F21S 6/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *A61L 9/02* (2013.01); *A47J 36/2477* (2013.01); *F21V 33/0024* (2013.01); *A47J 36/2494* (2013.01); *A61L 9/03* (2013.01); *F21V 35/00* (2013.01); *F21W 2131/30* (2013.01); *F21V 33/0028* (2013.01); *F21V 33/00* (2013.01); *F21S 9/02* (2013.01); *F21S 6/001* (2013.01); *F21S 6/00* (2013.01); *F21V 33/0032* (2013.01)

(57) **ABSTRACT**

The present invention is a candle warming image display lamp (CWIDL) for use in displaying user selectable images while providing light such as to light a room brightly or as a night light, while also warming a preferably spill resistant wickless scented candle, without spilling hot molten candle wax.





Patent Application Publication    Apr. 22, 2021  Sheet 1 of 4        US 2021/0113732 A1



Figure 1



Figure 2



Figure 3

Patent Application Publication     Apr. 22, 2021  Sheet 4 of 4     US 2021/0113732 A1



Figure 4

# CANDLE WARMING IMAGE DISPLAY LAMP

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] This nonprovisional utility patent application is a continuation of and claims the benefit under 35 USC § 120 to co-pending U.S. application Ser. No. 14/604,928 filed Jan. 26, 2015 and schedule to issue as U.S. Pat. No. 10,322,200 on Jun. 18, 2019, and which claims the benefit under 35 USC § 119(e) of U.S. provisional application No. 61/931,576 filed Jan. 25, 2014, all of which are incorporated herein in their entirety by this reference.

## FIELD OF THE INVENTION

[0002] The present invention relates to light emitting lamps having changeable user selected images displayed thereon that simultaneously function as candle warmers, and more especially as wax spill resistant candle warmers.

## BACKGROUND OF THE INVENTION

[0003] Lamps and night lights are well known in the art and have been widely used in providing light. Further image display apparatuses are well known in the art and have enjoyed considerable commercial success. Examples of such image display apparatuses are disclosed in U.S. Pat. Nos. 4,240,783, 7,234,258 and 7,637,047 and are expressly incorporated herein by reference. Further spill resistant containers having inwardly extending funnels are well known in the art and have enjoyed considerable commercial success. Examples of such spill resistant containers are disclosed in US patents and application U.S. Pat. Nos. 5,246,046, 7,942, 109, 8,430,708, and 2014/0190858 and are expressly incorporated herein by reference. Further candle apparatuses are well known in the art and have enjoyed considerable commercial success. An example of such candle apparatuses is disclosed in U.S. Pat. No. 8,364,028, and is expressly incorporated herein by reference.

## SUMMARY OF THE INVENTION

[0004] The present invention is a candle warming image display lamp (CWIDL) for use in displaying user selectable images while providing light such as to light a room brightly or as a night light, while also warming a preferably wickless scented candle, without spilling molten candle wax. The displayed images may be for instance printed photos. The lamp may be powered for instance by plugging the lamp into a power outlet or a USB port, or by batteries, or by a combination thereof. The candle is preferably a scented wickless candle comprising scented wax contained within an open container having a funnel extending therein. The candle is preferably adapted such that the candle may be readily positioned on top of the lamp such that the wax may be melted by heat from the lamp causing scent of the melted wax to waft from the candle into the room or other location where the lamp is located. The candle is preferably adapted such that when the candle is melted, and the candle is rotated in any orientation, molten candle wax will not run out of the candle. The candle is preferably adapted such that similar candles of various colors and scents may readily exchanged for the candle on top of the lamp.

## DESCRIPTION OF DRAWINGS

[0005] In order that the advantages of the invention will be readily understood, a more particular description of the invention briefly described above will be rendered by reference to specific embodiments that are illustrated in the appended drawings. Understanding that these drawings depict only typical embodiments of the invention and are not therefore to be considered to be limiting of its scope, the invention will be described and explained with additional specificity and detail through the use of the accompanying drawings, in which:

[0006] FIG. 1 is a trimetric view of the CWIDL in an assembled configuration;

[0007] FIG. 2 is a trimetric view of the CWIDL in a partially disassembled configuration, with the candle assembly removed from the image display lamp;

[0008] FIG. 3 is a trimetric view of the CWIDL in a disassembled configuration, with the candle assembly removed from the image display lamp, and with the image display lamp disassembled, and;

[0009] FIG. 4 is an enlarged trimetric view of the candle assembly.

## DETAILED DESCRIPTION OF THE INVENTION

[0010] Reference throughout this specification to "one embodiment," "an embodiment," or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment.

[0011] Furthermore, the described features, structures, or characteristics of the invention may be combined in any suitable manner in one or more embodiments. In the following description, numerous specific details are included to provide a thorough understanding of embodiments of the invention. One skilled in the relevant art will recognize, however, that the invention can be practiced without one or more of the specific details, or with other methods, components, materials, and so forth. In other instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the invention.

[0012] In order to facilitate the understanding of the present invention in reviewing the drawings accompanying the specification, a feature table is provided below. It is noted that like features are like numbered throughout all of the figures.

| FEATURE TABLE | | | |
|---|---|---|---|
| # | Feature | # | Feature |
| 10 | Candle warming image display lamp apparatus | 20 | Image display lamp |
| 22 | Base assembly | 23 | Base |
| 24 | Light bulb socket | 25 | Light bulb |
| 26 | Electrical cord | 27 | Electrical switch |
| 28 | Inner wall | 30 | Outer wall |
| 40 | Display image | 50 | Candle assembly |
| 52 | Container | 54 | Container upper opening |

US 2021/0113732 A1

Apr. 22, 2021

2

-continued

FEATURE TABLE

| # | Feature | # | Feature |
|---|---------|---|---------|
| 55 | Container funnel | 56 | Container feet |
| 58 | Wax | | |

[0013]    Referring now to the drawings, in a preferred embodiment the invention is a candle warming image display lamp apparatus 10 (CWIDL 10) for use in displaying user selectable images while providing light such as to light a room brightly or as a night light, while also warming a preferably wickless candle, without spilling molten candle wax comprising an image display lamp 20 and a candle assembly 50 removably mountable to the top of image display lamp 20. Image display lamp 20 further comprises a base assembly 22, an outer wall 30, and at least one display image 40. Base assembly 22 further comprises a base 23, a light bulb socket 24 (not shown) connected to base 23, a light bulb 25 electrically connected to light bulb socket 24, an electrical cord 26 electrically connected to light bulb socket 24, an electrical switch 27 electrically connected to electrical cord 26, and a preferably translucent inner wall 28 mounted to base 23. Image display lamp 20 further includes a preferably translucent outer wall 30 and at least one display image preferably defining an image printed on a paper or like substrate. Outer wall 30 is adapted to be slidingly positioned over inner wall 28 such that with the display image 40 may be displayably positioned in a gap formed between inner wall 28 and outer wall 30. Outer wall 30 preferably includes a flange on the top thereof that covers the gap formed between inner wall 28 and outer wall 30. It is noted that in an alternate embodiment, the image display lamp 20 may be powered by batteries or by a USB port mounted to base 23 or by batteries that are positioned within base 23 and recharged via a USB port that is mounted to base 23. Further, base 23 or other members of image display lamp 20 or candle assembly 50 may be made of glowing-in-the-dark or phosphorescent plastic. Candle assembly 50 further preferably defines a scented wickless candle assembly having a container 52 preferably defining generally translucent cubic shaped container having an upper opening 54 and a funnel 55 connected to upper opening 54 and extending inwardly into the inner cavity of container 52. Container 52 may include a plurality of feet 56 connect to an underside thereof. Container 52 may be a single integral structure or may be an assembly of structures such as a two piece container of a lower cup and an upper lid having a funnel such that the cup and lid fit together in a snap-tight configuration. Container 52 further includes a predetermined quantity of scented and preferably colored wax 58 cast into container 52. Container 52 may also optionally have a receiving flange to snappingly receive a snap-on cover for use when candle assembly 50 is not being heated or otherwise not in use such that scent of wax 58 is substantially contained within container 52 and such that wax 58 does not evaporate from candle assembly 50. Candle assembly 50 is adapted such that when wax 58 of candle assembly 50 is melted, because of inwardly extending funnel 55, wax 58 will not run out of container 52 regardless of the orientation in which the candle assembly 50 may be positioned. Candle assembly 50 is preferably adapted such that multiple instances of candle assembly 50 may be nestably stacked

upon each other. It is noted that in an alternate embodiment, candle assembly 50 may have include wick.

[0014]    In practice, with display image 40 positioned in image display lamp 20, image display lamp 20 electrically powered, and candle assembly 50 mounted upon display lamp 20, CWIDL 10 provides light while displaying a selected display image 40 and while spill resistantly warming candle assembly 50 without the use of a flame so as to cause the aroma of candle assembly 50 to waft from candle assembly 50 via container opening 54. CWIDL 10 may be adapted such that there is some gap between display lamp 20 and candle assembly 50 to allow for ventilation or air to pass therebetween. If the user desires to change display image 40, the user may merely remove candle assembly 50 from the display lamp 20, slide outer wall 30 off of inner wall 28, exchange display image 40 with a different image, replace outer wall 30, and replace candle assembly 50. If the user tires of the scent or color of candle assembly 50, or when wax 58 of candle assembly 50 is consumed, the user merely substitutes one instance of candle assembly 50 with another instance of candle assembly 50. Candle assembly 50 is preferably a disposable candle (i.e. candle assembly 50 is discarded after consumption of wax 58 of candle assembly 50), but may alternately be a serviceable candle (i.e. candle assembly 50 may be recycled by adding wax 58 to container 52 to replace consumed wax 58 or by adding additional fragrance to existing wax 58 to replace dispersed fragrance). It is further noted that the CWIDL 10 may optionally have a battery powered fan mounted thereon to aid in the dispersal of the scent of the candle.

[0015]    In a first alternate embodiment, the invention is substantially identical to CWIDL 10 except that rather than using a light bulb to melt wax, the invention includes a heating element—such as those found in coffee cup warmers or wax warmers—to melt wax 58.

[0016]    In a second alternate embodiment, the invention forms a fondue warming apparatus which is substantially identical to CWIDL 10 except that in the alternate embodiment, wax 58 of candle assembly 50 is replaced with chocolate, caramel, fudge, marsh mellows, or like edible composition having a relatively low melt temperature such that strawberries, pineapple fruit, marshmallows, and like edible snacks may be dipped into the melted composition and consumed as a fondue style treat.

[0017]    The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

1. An apparatus comprising at least one of a first container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container, and a second container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting fluent composition, an atmosphere altering fluent composition, a

US 2021/0113732 A1

Apr. 22, 2021

3

flammable fluent composition, and a fuel contained therein, wherein said apparatus is expressly adapted to mount to a heating apparatus.

2. The apparatus of claim 1, wherein said containers define plastic containers.

3. The apparatus of claim 1, wherein said apparatus defines at least one of a colored apparatus, a wickless candle apparatus, a scented candle apparatus, and a combination thereof.

4. The apparatus of claim 1, wherein said apparatus defines at least one of a disposable apparatus and a serviceable apparatus.

5. The apparatus of claim 1, wherein said apparatus defines at least one of a single member container and a container comprised of a plurality of discrete members joined to form said container.

6. The apparatus of claim 1, wherein said apparatus defines at least one of an apparatus adapted to nest with and stack upon another instance of said apparatus and an apparatus having a lid receiving member and being adapted to substantially hermetically engage a lid.

7. The apparatus of claim 1, wherein said apparatus is mounted on a heater.

8. The apparatus of claim 7, wherein said heater defines at least one of a heating element heater and a light-emitting heater.

9. The apparatus of claim 8, wherein said heating element heater further defines a heater expressly adapted to receive said apparatus at least partially within said heating element heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open funnel of said apparatus and said apparatus is rotated said composition will not run out of an open funnel of said apparatus and wherein said light-emitting heater further defines a lamp having a user selectable and modifiable image displayed thereon and expressly adapted to receive said apparatus at least partially within said light-emitting heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open funnel of said apparatus and said apparatus is rotated said composition will not run out of an open funnel of said apparatus.

10. An apparatus comprising at least one of a first open container having an inner cavity and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container, and a second open container having an inner cavity and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when at least a portion of said composition is fluent and said second container is oriented in any orientation, said composition will not run out of said second container, and wherein said apparatus is expressly adapted to mount to a heater.

11. The apparatus of claim 10, wherein said containers include an open funnel extending into said inner cavities.

12. The apparatus of claim 10, wherein said apparatus defines at least one of a colored apparatus, a wickless candle apparatus, a scented candle apparatus, and a combination thereof.

13. The apparatus of claim 10, wherein said apparatus defines at least one of a disposable apparatus and a serviceable apparatus.

14. The apparatus of claim 10, wherein said apparatus defines at least one of a single member container and a container comprised of a plurality of discrete members joined to form said container.

15. The apparatus of claim 10, wherein said apparatus defines at least one of an apparatus adapted to nest with and stack upon another instance of said apparatus and an apparatus having a lid receiving member and being adapted to substantially hermetically engage a lid.

16. The apparatus of claim 10, wherein said apparatus is mounted on a heater.

17. The apparatus of claim 16, wherein said heater defines at least one of a heating element heater and a light-emitting heater.

18. The apparatus of claim 17, wherein said heating element heater further defines a heater expressly adapted to receive said apparatus at least partially within said heating element heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open funnel of said apparatus and said apparatus is rotated said composition will not run out of an open funnel of said apparatus and wherein said light-emitting heater further defines a lamp having a user selectable and modifiable image displayed thereon and expressly adapted to receive said apparatus at least partially within said light-emitting heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open container of said apparatus and is rotated said composition will not run out of an open container of said apparatus.

19. An apparatus comprising at least one of a first container having an inner cavity and an open funnel extending into said inner cavity and a composition contained therein comprising at least one of an edible molten composition and a composition adapted such that when said composition is exposed to atmosphere proximate said first container, aroma of said atmosphere proximate said first container is altered, and a second open container having an inner cavity and a fluent composition contained therein comprising at least one of an edible molten composition and a composition adapted such that when said fluent composition is exposed to atmosphere proximate said second container, aroma of said atmosphere proximate said second container is altered, wherein when said second container is oriented in any orientation, said fluent composition will not run out of said second container.

20. The apparatus of claim 19, wherein said first container includes a lid removably connected thereto such that said composition is substantially hermetically contained therein, and wherein when said lid is opened said hermeticity is terminated and said composition is exposed to atmosphere proximate said first container, and wherein said second container includes a lid removably connected thereto such that said fluent composition is substantially hermetically contained therein, and wherein when said lid is opened said hermeticity is terminated and said fluent composition is exposed to atmosphere proximate said second container, and wherein said edible molten composition defines at least one of chocolate, caramel, fudge, marsh mellow and a combination thereof.

* * * * *



US012569584B2

## (12) United States Patent
### Schramm

(10) **Patent No.:**  **US 12,569,584 B2**
(45) **Date of Patent:**  **Mar. 10, 2026**

(54) **CANDLE WARMING IMAGE DISPLAY LAMP**

(71) Applicant: **Michael R. Schramm**, Perry, UT (US)

(72) Inventor: **Michael R. Schramm**, Perry, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1852 days.

(21) Appl. No.: **16/443,857**

(22) Filed: **Jun. 17, 2019**

(65) **Prior Publication Data**

US 2021/0113732 A1    Apr. 22, 2021

### Related U.S. Application Data

(63) Continuation of application No. 14/604,928, filed on Jan. 26, 2015, now Pat. No. 10,322,200.
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *A61L 9/02* | (2006.01) |
| *A47J 36/24* | (2006.01) |
| *A61L 9/03* | (2006.01) |
| *F21S 6/00* | (2006.01) |
| *F21S 9/02* | (2006.01) |
| *F21V 33/00* | (2006.01) |
| *F21V 35/00* | (2006.01) |
| *F21W 121/00* | (2006.01) |
| *F21W 131/30* | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *A61L 9/02* (2013.01); *A47J 36/2477* (2013.01); *A47J 36/2494* (2013.01); *A61L 9/03* (2013.01); *F21S 6/00* (2013.01); *F21S 6/001* (2013.01); *F21S 9/02* (2013.01); *F21V 33/00* (2013.01); *F21V 33/0024* (2013.01); *F21V 33/0028* (2013.01); *F21V 33/0032* (2013.01); *F21V 35/00* (2013.01); *A61L* *2209/12* (2013.01); *F21W 2121/00* (2013.01); *F21W 2131/30* (2013.01)

(58) **Field of Classification Search**
CPC .. F21V 33/0028; F21V 33/0032; F21V 35/00; F21V 33/00; F21V 33/0024; A61L 9/02; A61L 9/03; A61L 2209/12; A61L 2/00; A61L 9/037; A47J 36/2477; A47J 36/2494; A47J 36/24; F21S 6/00; F21S 6/001; F21S 9/02; F21W 2131/30; F21W 2121/00; A01M 29/12; A01M 1/2088; F23D 3/24
USPC .......... 362/183; 99/348, 455, 483–486, 517; 366/146, 200, 221, 230; 392/347–464; 422/120–126
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 218,750 | A | * | 8/1879 | Jory ........................ | G09F 13/06 40/580 |
| 676,924 | A | * | 6/1901 | Steiger, Jr. .............. | A61J 19/00 4/283 |

(Continued)

OTHER PUBLICATIONS

Serene House, NoSpill Wax Melt Warmer, Date = Unknown, Serene House Website.
(Continued)

*Primary Examiner* — Eric S Stapleton
(74) *Attorney, Agent, or Firm* — Michael R. Schramm

(57) **ABSTRACT**

The present invention is a candle warming image display lamp (CWIDL) for use in displaying user selectable images while providing light such as to light a room brightly or as a night light, while also warming a preferably spill resistant wickless scented candle, without spilling hot molten candle wax.

**14 Claims, 4 Drawing Sheets**



US 12,569,584 B2

Page 2

## Related U.S. Application Data

(60) Provisional application No. 61/931,576, filed on Jan. 25, 2014.

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 786,610 | A | * | 4/1905 | Terry | G09F 11/29 |
| | | | | | 40/518 |
| 861,689 | A | * | 7/1907 | Wihems | G09F 13/06 |
| | | | | | 40/579 |
| 1,210,397 | A | * | 1/1917 | Bang | A61J 19/00 |
| | | | | | 4/283 |
| 1,254,714 | A | * | 1/1918 | McCombs | A45D 40/265 |
| | | | | | 401/129 |
| 1,660,760 | A | * | 2/1928 | Murphy | A47G 33/00 |
| | | | | | 40/541 |
| 1,764,639 | A | * | 6/1930 | Nathansohn | G09F 13/14 |
| | | | | | 40/561 |
| 1,915,236 | A | * | 6/1933 | Lough | G09B 29/00 |
| | | | | | 40/502 |
| 2,001,312 | A | * | 5/1935 | O'Connell | F21V 35/00 |
| | | | | | 431/126 |
| 2,152,285 | A | * | 3/1939 | Schirmer | A24F 19/00 |
| | | | | | 131/240.1 |
| 2,254,906 | A | * | 9/1941 | Petrulis | F23D 3/18 |
| | | | | | 422/125 |
| 2,274,823 | A | * | 3/1942 | Candy, Jr. | C11C 5/008 |
| | | | | | 264/279 |
| 2,298,940 | A | * | 10/1942 | Hayes | G09F 13/26 |
| | | | | | 40/577 |
| 2,461,549 | A | * | 2/1949 | Hull | F21V 9/30 |
| | | | | | 250/462.1 |
| 2,548,706 | A | * | 4/1951 | Corning | G09F 23/08 |
| | | | | | 40/661 |
| 2,713,256 | A | * | 7/1955 | Oesterle | F21V 37/00 |
| | | | | | 431/291 |
| 2,749,733 | A | * | 6/1956 | Smith | F23D 14/28 |
| | | | | | 431/125 |
| 2,775,006 | A | * | 12/1956 | Kranc | A01M 1/2088 |
| | | | | | 422/125 |
| 2,797,136 | A | * | 6/1957 | Nelson | B60N 3/083 |
| | | | | | 312/246 |
| 2,810,491 | A | * | 10/1957 | Goldschmidt | B65D 25/02 |
| | | | | | 220/501 |
| 2,858,639 | A | * | 11/1958 | Lawrence | A63H 33/28 |
| | | | | | 446/16 |
| 2,945,314 | A | * | 7/1960 | Baldwin | A47G 19/2227 |
| | | | | | 40/324 |
| 3,077,981 | A | * | 2/1963 | Gaspard | B42D 15/045 |
| | | | | | 206/223 |
| 3,138,178 | A | * | 6/1964 | William | B65B 55/14 |
| | | | | | 141/82 |
| 3,285,694 | A | * | 11/1966 | Marchi | A01M 1/2066 |
| | | | | | 422/305 |
| 3,286,492 | A | * | 11/1966 | Frazier, Jr. | C11C 5/008 |
| | | | | | 40/541 |
| 3,334,218 | A | * | 8/1967 | Nawrocki | F21L 27/00 |
| | | | | | 362/161 |
| 3,342,363 | A | * | 9/1967 | Thrush | F21V 35/00 |
| | | | | | 215/227 |
| 3,368,198 | A | * | 2/1968 | Eikenberry | G08G 1/095 |
| | | | | | 340/944 |
| 3,374,911 | A | * | 3/1968 | White | B65D 11/16 |
| | | | | | 215/366 |
| 3,464,599 | A | * | 9/1969 | Meth | B43L 25/00 |
| | | | | | 222/589 |
| 3,561,146 | A | * | 2/1971 | Dembar | G09F 1/12 |
| | | | | | 40/720 |
| 3,579,898 | A | * | 5/1971 | Hein | A63H 33/28 |
| | | | | | 446/16 |
| 3,596,391 | A | * | 8/1971 | Knight, Jr. | A63H 33/04 |
| | | | | | 40/720 |
| 3,666,936 | A | * | 5/1972 | Webster, Jr. | G09F 19/00 |
| | | | | | 40/444 |
| RE27,449 | E | * | 8/1972 | Bartz | B65B 3/26 |
| | | | | | 141/1 |
| 3,703,045 | A | * | 11/1972 | Nyman | A47G 1/14 |
| | | | | | 40/720 |
| 3,713,583 | A | * | 1/1973 | Gruber | E03B 9/20 |
| | | | | | 239/17 |
| 3,716,936 | A | * | 2/1973 | Miller | A47G 1/14 |
| | | | | | 40/720 |
| 3,743,370 | A | * | 7/1973 | Lindsay | H04B 1/08 |
| | | | | | 312/7.1 |
| 3,774,332 | A | * | 11/1973 | Schneider | G09F 1/12 |
| | | | | | 40/720 |
| 3,781,164 | A | * | 12/1973 | McCaffery | F21V 35/00 |
| | | | | | 431/291 |
| 3,818,627 | A | * | 6/1974 | Lebensfeld | A63H 33/28 |
| | | | | | 446/15 |
| D233,295 | S | | 10/1974 | Sandidge | D6/683.1 |
| 3,840,678 | A | * | 10/1974 | Price | A23P 30/00 |
| | | | | | 426/104 |
| 3,853,259 | A | * | 12/1974 | Tupper | B65D 5/5445 |
| | | | | | 229/103 |
| 3,910,753 | A | * | 10/1975 | Lee | F23D 3/16 |
| | | | | | 431/290 |
| 3,990,166 | A | * | 11/1976 | Nagelkirk | G09F 11/10 |
| | | | | | 40/442 |
| 4,013,397 | A | * | 3/1977 | Neugart | F23D 3/16 |
| | | | | | 431/291 |
| 4,073,612 | A | * | 2/1978 | Nitta | F23Q 2/36 |
| | | | | | 431/126 |
| 4,163,333 | A | * | 8/1979 | Kwiatkowski | F21V 35/00 |
| | | | | | 40/561 |
| 4,180,938 | A | * | 1/1980 | La Fata | A63H 33/28 |
| | | | | | 446/15 |
| 4,181,745 | A | * | 1/1980 | Growe | B44D 2/00 |
| | | | | | 426/250 |
| 4,185,953 | A | * | 1/1980 | Schirneker | C11C 5/006 |
| | | | | | 362/163 |
| 4,192,081 | A | * | 3/1980 | Erickson | F26B 9/066 |
| | | | | | 34/225 |
| 4,195,729 | A | * | 4/1980 | Macken | A47G 1/14 |
| | | | | | 206/216 |
| 4,240,783 | A | * | 12/1980 | Nevin | A24F 15/18 |
| | | | | | 431/253 |
| 4,301,841 | A | * | 11/1981 | Sandow | B65D 23/10 |
| | | | | | 141/326 |
| 4,380,292 | A | * | 4/1983 | Cramer | A61M 5/3205 |
| | | | | | 128/919 |
| 4,419,103 | A | * | 12/1983 | Balkan | B05C 11/08 |
| | | | | | 118/18 |
| 4,427,366 | A | * | 1/1984 | Moore | A61L 9/03 |
| | | | | | 422/126 |
| 4,438,564 | A | * | 3/1984 | Ashton | A47J 29/06 |
| | | | | | 30/324 |
| 4,573,586 | A | * | 3/1986 | Helmer | B44D 3/04 |
| | | | | | 206/563 |
| 4,619,373 | A | * | 10/1986 | Galer | B65D 43/0206 |
| | | | | | 220/783 |
| 4,693,205 | A | * | 9/1987 | Thill | B44C 1/04 |
| | | | | | 118/13 |
| 4,693,868 | A | * | 9/1987 | Katsuda | A01M 1/2077 |
| | | | | | 422/124 |
| 4,706,558 | A | * | 11/1987 | Snyder, Jr. | A23G 3/24 |
| | | | | | 366/146 |
| 4,755,135 | A | * | 7/1988 | Kwok | F21S 13/00 |
| | | | | | 431/126 |
| 4,759,104 | A | * | 7/1988 | Buerosse | A61G 17/036 |
| | | | | | 27/1 |
| 4,759,105 | A | * | 7/1988 | Buerosse | A61G 17/036 |
| | | | | | 27/1 |
| 4,781,895 | A | * | 11/1988 | Spector | A01M 1/2088 |
| | | | | | 261/DIG. 88 |
| 4,840,597 | A | * | 6/1989 | Perez | A63H 3/24 |
| | | | | | 220/719 |

## US 12,569,584 B2

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,880,377 | A | * | 11/1989 | Ficho | F23Q 2/365 |
| | | | | | 431/126 |
| 4,897,948 | A | * | 2/1990 | Owen | G09F 7/00 |
| | | | | | 40/661 |
| 4,907,140 | A | * | 3/1990 | Overstreet | F21S 13/12 |
| | | | | | 229/155 |
| 4,907,502 | A | * | 3/1990 | Snyder, Jr. | A23G 3/24 |
| | | | | | 366/146 |
| 4,921,713 | A | * | 5/1990 | Fowler | A23L 2/395 |
| | | | | | 239/33 |
| 4,928,412 | A | * | 5/1990 | Nishiyama | A47G 19/2227 |
| | | | | | 40/324 |
| 4,930,235 | A | * | 6/1990 | Gillen | A47G 1/14 |
| | | | | | 40/661 |
| 4,957,464 | A | * | 9/1990 | Perez | A63H 3/24 |
| | | | | | 446/15 |
| 4,967,687 | A | * | 11/1990 | McShane | B05C 17/00 |
| | | | | | 118/13 |
| 4,979,325 | A | * | 12/1990 | White | A47G 1/14 |
| | | | | | 215/12.2 |
| 4,981,239 | A | * | 1/1991 | Cappel | B65D 23/06 |
| | | | | | 222/109 |
| 4,984,714 | A | * | 1/1991 | Sledge | B65D 47/122 |
| | | | | | 215/228 |
| 5,022,559 | A | * | 6/1991 | Condon | B44D 3/121 |
| | | | | | 15/104.94 |
| 5,074,239 | A | * | 12/1991 | Law | B44D 3/00 |
| | | | | | 118/429 |
| 5,078,591 | A | * | 1/1992 | Despres | F21S 13/00 |
| | | | | | 431/288 |
| 5,088,950 | A | * | 2/1992 | LaFata | A46B 11/00 |
| | | | | | 15/168 |
| 5,105,975 | A | * | 4/1992 | Patterson | A47G 19/2272 |
| | | | | | 215/229 |
| 5,143,294 | A | * | 9/1992 | Lintvedt | B05B 7/2408 |
| | | | | | 222/105 |
| 5,154,600 | A | * | 10/1992 | Sylvestre | B60Q 7/00 |
| | | | | | 206/573 |
| 5,169,026 | A | * | 12/1992 | Patterson | A47G 23/0258 |
| | | | | | 220/703 |
| 5,178,451 | A | * | 1/1993 | Henry | F21S 13/00 |
| | | | | | 206/216 |
| 5,226,252 | A | * | 7/1993 | Haluska | A44B 15/005 |
| | | | | | 206/38.1 |
| 5,246,046 | A | * | 9/1993 | Schramm | B65D 23/00 |
| | | | | | 141/311 A |
| 5,304,085 | A | * | 4/1994 | Novak | A63H 33/28 |
| | | | | | 401/122 |
| 5,425,633 | A | * | 6/1995 | Cole | F23D 3/08 |
| | | | | | 431/291 |
| 5,495,876 | A | * | 3/1996 | Schramm | A63H 33/28 |
| | | | | | 141/339 |
| 5,511,685 | A | * | 4/1996 | Nelson | A47G 19/2227 |
| | | | | | 220/662 |
| 5,553,735 | A | * | 9/1996 | Kimura | A47G 19/2227 |
| | | | | | 220/62.18 |
| 5,555,796 | A | * | 9/1996 | Kortschot | A23G 1/18 |
| | | | | | 165/109.1 |
| D378,622 | S | | 3/1997 | Dimopoulos | D27/144 |
| 5,613,764 | A | * | 3/1997 | O'Brien | F21S 8/00 |
| | | | | | 362/307 |
| 5,647,052 | A | * | 7/1997 | Patel | A61L 9/03 |
| | | | | | 392/390 |
| 5,651,669 | A | * | 7/1997 | Henry | F23D 3/16 |
| | | | | | 431/297 |
| 5,651,942 | A | * | 7/1997 | Christensen | A61L 9/03 |
| | | | | | 422/125 |
| 5,678,684 | A | * | 10/1997 | Wright | B44D 3/12 |
| | | | | | 206/1.8 |
| 5,683,239 | A | * | 11/1997 | Cardosi | F21V 35/00 |
| | | | | | 362/163 |
| D388,197 | S | | 12/1997 | Cardosi | D26/9 |
| D388,522 | S | | 12/1997 | Pietrantoni | D26/9 |
| 5,704,821 | A | * | 1/1998 | Mann | A63H 33/28 |
| | | | | | 446/16 |
| 5,758,797 | A | * | 6/1998 | Martindale | B65D 25/00 |
| | | | | | 220/719 |
| 5,787,838 | A | * | 8/1998 | Abrams | B65D 31/02 |
| | | | | | 118/13 |
| 5,822,088 | A | * | 10/1998 | Danno | G03H 1/265 |
| | | | | | 359/1 |
| D401,147 | S | | 11/1998 | Miller | D26/9 |
| 5,832,969 | A | * | 11/1998 | Schramm | A63H 33/28 |
| | | | | | 141/98 |
| 5,840,246 | A | * | 11/1998 | Hammons | A61L 9/03 |
| | | | | | 422/4 |
| D402,201 | S | | 12/1998 | Miller | D26/9 |
| RE36,131 | E | * | 3/1999 | Schramm | A63H 33/28 |
| | | | | | 141/98 |
| 5,894,948 | A | * | 4/1999 | Yeh | A47G 19/2227 |
| | | | | | 215/12.1 |
| 5,895,679 | A | * | 4/1999 | Pender | A23L 5/42 |
| | | | | | 426/302 |
| 5,908,057 | A | * | 6/1999 | Schramm | A63H 33/28 |
| | | | | | 141/98 |
| 5,955,034 | A | * | 9/1999 | Zaunbrecher | A01M 29/12 |
| | | | | | 422/126 |
| 5,957,037 | A | * | 9/1999 | Paget | F28F 19/008 |
| | | | | | 99/326 |
| 5,980,241 | A | * | 11/1999 | Schirneker | C11C 5/006 |
| | | | | | 431/291 |
| 6,008,172 | A | * | 12/1999 | Broshi | A23G 3/346 |
| | | | | | 424/49 |
| 6,012,185 | A | * | 1/2000 | Woods | A47C 19/024 |
| | | | | | 248/188.2 |
| 6,015,327 | A | * | 1/2000 | Kovacs | A63H 33/28 |
| | | | | | 446/15 |
| 6,032,824 | A | * | 3/2000 | Barrow | A01K 5/0135 |
| | | | | | 220/621 |
| 6,036,024 | A | * | 3/2000 | Seidler | B65D 71/0055 |
| | | | | | 206/476 |
| 6,106,786 | A | * | 8/2000 | Akahoshi | A61L 9/122 |
| | | | | | 222/187 |
| 6,135,842 | A | * | 10/2000 | LaFata | A63H 33/28 |
| | | | | | 206/207 |
| 6,168,021 | B1 | * | 1/2001 | Herbruck | B65D 81/3294 |
| | | | | | 206/521.8 |
| 6,186,853 | B1 | * | 2/2001 | Messina | A63H 33/28 |
| | | | | | 446/15 |
| 6,216,856 | B1 | * | 4/2001 | Park | B43M 99/003 |
| | | | | | 206/214 |
| 6,227,388 | B1 | * | 5/2001 | Borzelleca | E06B 7/28 |
| | | | | | 211/1.3 |
| 6,234,786 | B1 | * | 5/2001 | Wagner | F21V 35/00 |
| | | | | | 362/161 |
| 6,256,914 | B1 | * | 7/2001 | Yeh | A45C 1/12 |
| | | | | | 40/711 |
| 6,315,433 | B1 | * | 11/2001 | Cavello | F21V 3/04 |
| | | | | | 362/318 |
| 6,328,935 | B1 | * | 12/2001 | Buccellato | A61L 9/03 |
| | | | | | 422/123 |
| 6,354,710 | B1 | * | 3/2002 | Nacouzi | A61L 9/03 |
| | | | | | 219/220 |
| 6,361,752 | B1 | * | 3/2002 | Demarest | A01M 1/2072 |
| | | | | | 422/306 |
| 6,386,138 | B1 | * | 5/2002 | Schramm | A63H 33/28 |
| | | | | | 118/13 |
| 6,399,027 | B1 | * | 6/2002 | Shah | A61L 9/042 |
| | | | | | 422/1 |
| 6,413,476 | B1 | * | 7/2002 | Barnhart | A61L 9/03 |
| | | | | | 422/123 |
| 6,422,859 | B1 | * | 7/2002 | Demetz | F23Q 2/36 |
| | | | | | 40/454 |
| 6,461,014 | B1 | * | 10/2002 | Lin | F21S 10/002 |
| | | | | | 362/101 |
| 6,474,980 | B2 | * | 11/2002 | LaVanier | F21S 13/12 |
| | | | | | 431/126 |

## US 12,569,584 B2

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,488,494 | B2 * | 12/2002 | Lee | F21V 35/00 |
| | | | | 40/451 |
| 6,491,516 | B1 * | 12/2002 | Tal | A47G 33/00 |
| | | | | 273/147 |
| 6,520,822 | B2 * | 2/2003 | Kennedy | A63H 33/28 |
| | | | | 446/15 |
| 6,530,117 | B2 | 3/2003 | Bro | 446/15 |
| 6,530,815 | B1 * | 3/2003 | Bro | A63H 33/28 |
| | | | | 446/15 |
| 6,533,117 | B2 * | 3/2003 | Lundstrom | B65D 5/42 |
| | | | | 206/446 |
| 6,592,363 | B2 * | 7/2003 | Hoffmann | F23D 3/26 |
| | | | | 126/45 |
| 6,595,822 | B1 * | 7/2003 | Thai | A63H 33/28 |
| | | | | 446/16 |
| 6,619,811 | B2 * | 9/2003 | Wang | A47G 19/2227 |
| | | | | 362/101 |
| 6,627,857 | B1 * | 9/2003 | Tanner | A61L 9/03 |
| | | | | 219/445.1 |
| 6,629,870 | B2 * | 10/2003 | Robinson | A63H 33/28 |
| | | | | 446/16 |
| 6,638,131 | B1 * | 10/2003 | Thai | A63H 33/28 |
| | | | | 446/15 |
| 6,716,026 | B1 * | 4/2004 | Beougher | F21V 35/00 |
| | | | | 431/290 |
| 6,717,789 | B2 * | 4/2004 | Holman | G01D 3/032 |
| | | | | 307/105 |
| 6,733,548 | B2 * | 5/2004 | Rasmussen | C11C 5/002 |
| | | | | 431/288 |
| 6,772,679 | B2 * | 8/2004 | Refer | A23G 1/205 |
| | | | | 425/410 |
| 6,780,382 | B2 * | 8/2004 | Furner | A01M 1/2088 |
| | | | | 422/126 |
| 6,793,365 | B1 * | 9/2004 | Rieck | A47G 33/06 |
| | | | | 362/161 |
| 6,802,707 | B2 * | 10/2004 | Furner | F23D 3/16 |
| | | | | 431/292 |
| D502,101 | S | 2/2005 | Kerman | D9/505 |
| 6,848,628 | B2 * | 2/2005 | Walker | B05B 17/08 |
| | | | | 239/16 |
| 6,857,928 | B2 * | 2/2005 | Thai | A63H 33/28 |
| | | | | 446/15 |
| 6,908,358 | B2 * | 6/2005 | Lin | A63H 33/28 |
| | | | | 446/15 |
| 6,938,539 | B2 * | 9/2005 | Refer | A23G 1/205 |
| | | | | 425/410 |
| 7,021,556 | B2 * | 4/2006 | Muir | A23G 1/042 |
| | | | | 239/16 |
| 7,028,917 | B2 * | 4/2006 | Buthier | A61L 9/048 |
| | | | | 239/60 |
| D522,671 | S | 6/2006 | Niemeyer | D26/20 |
| 7,067,772 | B2 * | 6/2006 | Tanner | A61L 9/03 |
| | | | | 219/443.1 |
| 7,090,369 | B1 * | 8/2006 | Jordan | F21V 35/00 |
| | | | | 362/170 |
| 7,132,084 | B1 * | 11/2006 | Roumpos | A61L 9/02 |
| | | | | 422/125 |
| 7,133,605 | B2 * | 11/2006 | Niemeyer | A61L 9/03 |
| | | | | 392/390 |
| RE39,443 | E * | 12/2006 | Schramm | A63H 33/28 |
| | | | | 141/98 |
| 7,171,772 | B1 * | 2/2007 | Male | G09F 13/04 |
| | | | | 40/541 |
| 7,195,739 | B1 * | 3/2007 | Penman | A61L 9/03 |
| | | | | 219/236 |
| D542,431 | S | 5/2007 | Valentino | D26/11 |
| D542,432 | S | 5/2007 | Valentino | D26/11 |
| D542,433 | S | 5/2007 | Valentino | D26/11 |
| D542,437 | S | 5/2007 | Snow | D26/22 |
| 7,229,280 | B2 * | 6/2007 | Kubicek | F23D 3/16 |
| | | | | 431/289 |
| 7,231,872 | B2 * | 6/2007 | Babicz | A23G 1/0046 |
| | | | | 366/146 |
| 7,234,258 | B2 * | 6/2007 | Nielson | G09F 3/18 |
| | | | | 40/606.03 |
| 7,244,041 | B2 * | 7/2007 | Woog | F21S 13/12 |
| | | | | 362/161 |
| 7,244,161 | B2 * | 7/2007 | Thai | A63H 33/28 |
| | | | | 215/388 |
| 7,247,017 | B2 * | 7/2007 | Furner | F21V 37/00 |
| | | | | 431/292 |
| D550,034 | S | 9/2007 | Bodum | D7/509 |
| D551,033 | S | 9/2007 | Bodum | D7/509 |
| D551,502 | S | 9/2007 | Bodum | D7/509 |
| 7,287,978 | B2 * | 10/2007 | Kubicek | F23D 3/16 |
| | | | | 431/292 |
| D556,511 | S | 12/2007 | Mansfield | D7/509 |
| 7,316,357 | B2 * | 1/2008 | Lindahl | G06K 19/00 |
| | | | | 235/380 |
| 7,318,724 | B2 * | 1/2008 | Kubicek | F23D 3/16 |
| | | | | 431/289 |
| D562,074 | S | 2/2008 | Mansfield | D7/509 |
| 7,329,839 | B2 * | 2/2008 | Palmer | A61L 9/03 |
| | | | | 219/438 |
| 7,367,263 | B2 * | 5/2008 | Jaffe | B05B 17/085 |
| | | | | 222/411 |
| 7,401,935 | B2 * | 7/2008 | VanderSchuit | F21V 33/0028 |
| | | | | 362/101 |
| D575,108 | S | 8/2008 | Barducci | D7/509 |
| D575,109 | S | 8/2008 | Barducci | D7/507 |
| 7,413,435 | B2 * | 8/2008 | Jameson | A01M 1/2066 |
| | | | | 431/291 |
| D578,827 | S | 10/2008 | Barducci | D7/507 |
| 7,442,036 | B2 * | 10/2008 | Kubicek | F23D 3/16 |
| | | | | 431/289 |
| 7,467,944 | B2 * | 12/2008 | Furner | F21V 37/00 |
| | | | | 431/289 |
| 7,467,945 | B2 * | 12/2008 | Kubicek | F23D 3/16 |
| | | | | 431/289 |
| 7,479,067 | B2 * | 1/2009 | Gibson | A63B 57/40 |
| | | | | 473/150 |
| 7,497,685 | B2 * | 3/2009 | Kubicek | C11C 5/006 |
| | | | | 362/161 |
| 7,524,187 | B2 * | 4/2009 | Kubicek | F23D 3/16 |
| | | | | 431/289 |
| 7,524,230 | B2 * | 4/2009 | Thai | A63H 33/28 |
| | | | | 446/15 |
| 7,548,684 | B2 * | 6/2009 | Berrido | A61L 9/03 |
| | | | | 392/390 |
| D596,461 | S | 7/2009 | Mansfield | D7/509 |
| 7,568,912 | B2 * | 8/2009 | Kubicek | C11C 5/006 |
| | | | | 431/289 |
| 7,591,646 | B2 * | 9/2009 | Adair | C11C 5/002 |
| | | | | 431/289 |
| 7,607,915 | B2 * | 10/2009 | Adair | A61L 9/037 |
| | | | | 431/289 |
| 7,637,047 | B1 * | 12/2009 | Nielson | G09F 3/18 |
| | | | | 40/606.03 |
| 7,637,737 | B2 * | 12/2009 | Furner | F21V 35/00 |
| | | | | 431/253 |
| 7,654,822 | B2 * | 2/2010 | Soller | F21V 35/00 |
| | | | | 431/289 |
| 7,699,603 | B2 * | 4/2010 | Furner | F21V 23/04 |
| | | | | 431/292 |
| 7,722,352 | B2 * | 5/2010 | Kubicek | F23D 3/18 |
| | | | | 431/291 |
| D617,894 | S | 6/2010 | Wright | D24/121 |
| 7,731,492 | B2 * | 6/2010 | Kubicek | F23D 3/16 |
| | | | | 431/325 |
| 7,743,698 | B2 * | 6/2010 | Muir | B05B 17/085 |
| | | | | 99/483 |
| 7,815,263 | B1 * | 10/2010 | Wright | F24B 1/02 |
| | | | | 312/204 |
| D628,340 | S | 11/2010 | Krause | D26/128 |
| 7,922,482 | B2 * | 4/2011 | Kubicek | F23D 3/24 |
| | | | | 431/291 |

## US 12,569,584 B2

Page 5

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,942,109 B2* | 5/2011 | Schramm | B65D 23/00 | 118/13 |
| RE42,610 E * | 8/2011 | Schramm | A63H 33/28 | 141/98 |
| D643,317 S | 8/2011 | Clear | D10/46.3 | |
| 8,113,343 B2* | 2/2012 | Åkerlind | A24F 19/10 | 206/86 |
| D660,076 S | 5/2012 | Schramm | D7/368 | |
| 8,272,529 B2* | 9/2012 | Mansfield | B65D 1/265 | 220/506 |
| 8,281,954 B2* | 10/2012 | Stern | A47G 19/2211 | 220/703 |
| 8,364,028 B1* | 1/2013 | Vaske | A61L 9/012 | 392/390 |
| 8,393,317 B2* | 3/2013 | Sorenson | A47J 37/0786 | 126/43 |
| 8,430,708 B1* | 4/2013 | Schramm | A63H 33/28 | 446/15 |
| 8,435,029 B2* | 5/2013 | Masterson | F23D 3/18 | 431/312 |
| 8,550,813 B2* | 10/2013 | Masterson | F23D 3/18 | 431/320 |
| 8,573,967 B2* | 11/2013 | Crapser | C11C 5/008 | 431/292 |
| D696,892 S | 1/2014 | Bretillot | D23/366 | |
| 8,693,852 B2* | 4/2014 | Baraky | F21V 33/0004 | 392/386 |
| 8,765,073 B1* | 7/2014 | Hsiao | A61L 2/00 | 422/306 |
| 8,800,188 B1* | 8/2014 | Fishelis | A47B 5/00 | 40/711 |
| 8,938,159 B2* | 1/2015 | Hsiao | F24F 3/056 | 392/392 |
| D723,676 S | 3/2015 | Davis | D23/366 | |
| 8,974,107 B2* | 3/2015 | Hsiao | F21V 33/00 | 362/643 |
| D725,909 S | 4/2015 | Oxer | D3/304 | |
| D729,371 S | 5/2015 | Davis | D23/366 | |
| 9,022,250 B2* | 5/2015 | Stern | B32B 37/12 | 220/719 |
| 9,062,835 B2* | 6/2015 | White | F21V 35/00 | |
| 9,109,780 B2* | 8/2015 | Hsiao | F21S 8/035 | |
| D742,561 S * | 11/2015 | Kasha | A47G 7/06 | D26/9 |
| D742,562 S * | 11/2015 | Kasha | A47G 7/06 | D26/9 |
| D742,563 S | 11/2015 | Kasha | D26/22 | |
| 9,181,023 B2* | 11/2015 | Clinton | H04R 1/028 | |
| 9,186,000 B1* | 11/2015 | Dominguez | G09F 23/06 | |
| D746,108 S | 12/2015 | Di Giuseppantonio | D7/509 | |
| 9,271,589 B2* | 3/2016 | Stern | A47G 19/2211 | |
| 9,314,708 B2* | 4/2016 | Schramm | A63H 33/28 | |
| 9,498,553 B2* | 11/2016 | Hsiao | A61L 9/03 | |
| 10,758,034 B2* | 9/2020 | Fowler | A46B 17/06 | |
| 2001/0012495 A1* | 8/2001 | Furner | A01M 29/12 | 422/126 |
| 2001/0035413 A1* | 11/2001 | Thai | B65D 47/088 | 220/213 |
| 2002/0129763 A1* | 9/2002 | Schramm | B44D 3/00 | 118/13 |
| 2002/0132199 A1* | 9/2002 | Lee | F21V 35/00 | 431/153 |
| 2002/0133991 A1* | 9/2002 | Nielson | G09F 3/18 | 40/661 |
| 2002/0152672 A1* | 10/2002 | Rasmussen | C11C 5/006 | 44/275 |
| 2002/0185410 A1* | 12/2002 | Travis-Pence | F21S 13/12 | 206/736 |
| 2002/0187716 A1* | 12/2002 | Kennedy | A63H 33/28 | 446/15 |
| 2003/0007887 A1* | 1/2003 | Roumpos | A61L 9/03 | 422/1 |
| 2003/0086815 A1* | 5/2003 | Wesley | A61L 9/037 | 422/5 |
| 2003/0155364 A1* | 8/2003 | Thai | B65D 47/088 | 220/714 |
| 2004/0033067 A1* | 2/2004 | He | A61L 9/037 | 392/395 |
| 2004/0084453 A1* | 5/2004 | Thai | B65D 47/088 | 220/259.1 |
| 2004/0229180 A1* | 11/2004 | Furner | F23D 3/16 | 431/292 |
| 2004/0240200 A1* | 12/2004 | Woog | F21V 35/00 | 362/161 |
| 2004/0250464 A1* | 12/2004 | Rasmussen | C11C 5/002 | 44/275 |
| 2005/0016985 A1* | 1/2005 | Haas | A61L 9/03 | 219/438 |
| 2005/0092853 A1* | 5/2005 | Muir | A23G 1/50 | 239/16 |
| 2005/0130552 A1* | 6/2005 | Thai | B65D 47/088 | 446/74 |
| 2005/0150886 A1* | 7/2005 | Niemeyer | F27D 11/02 | 219/385 |
| 2005/0163649 A1* | 7/2005 | Friedrich | A61L 9/02 | 422/1 |
| 2005/0188569 A1* | 9/2005 | Derose | G09F 9/33 | 40/544 |
| 2006/0006582 A1* | 1/2006 | Strelnieks | B29C 67/241 | 264/330 |
| 2006/0018786 A1* | 1/2006 | Tolman | A61L 9/035 | 422/5 |
| 2006/0057521 A1* | 3/2006 | Kubicek | F23D 3/16 | 431/289 |
| 2006/0057522 A1* | 3/2006 | Kubicek | F23D 3/16 | 431/289 |
| 2006/0057523 A1* | 3/2006 | Kubicek | F23D 3/16 | 431/291 |
| 2006/0057526 A1* | 3/2006 | Kubicek | F23D 3/16 | 431/291 |
| 2006/0057529 A1* | 3/2006 | Kubicek | F23D 3/16 | 431/325 |
| 2006/0163240 A1* | 7/2006 | Xiao | A61L 9/03 | 219/438 |
| 2006/0163241 A1* | 7/2006 | Xiao | A61L 9/03 | 219/438 |
| 2006/0183065 A1* | 8/2006 | Konkle | F23D 3/24 | 431/320 |
| 2006/0227537 A1* | 10/2006 | Vanderschuit | F21V 33/0028 | 362/154 |
| 2006/0231718 A1* | 10/2006 | Calvanese | A47B 13/16 | 248/346.11 |
| 2006/0239870 A1* | 10/2006 | Schutte | A61L 9/03 | 422/125 |
| 2006/0240371 A1* | 10/2006 | Palmer | A61L 9/03 | 431/289 |
| 2007/0007273 A1* | 1/2007 | Esnault | A23G 1/18 | 219/429 |
| 2007/0047931 A1* | 3/2007 | Niemeyer | F27B 17/00 | 392/390 |
| 2008/0272019 A1* | 11/2008 | Miller | B65D 81/365 | 206/457 |
| 2008/0273319 A1* | 11/2008 | VanderSchuit | F21V 33/0028 | 362/101 |
| 2008/0289975 A1* | 11/2008 | Sharber | A63H 33/28 | 206/207 |
| 2009/0323031 A1* | 12/2009 | Adler | F21V 35/00 | 353/62 |
| 2010/0270943 A1* | 10/2010 | Cook | G09F 23/04 | 315/291 |
| 2011/0014580 A1* | 1/2011 | Theresa | F23D 3/16 | 431/291 |
| 2011/0277644 A1* | 11/2011 | Frauenfeld | A47F 10/06 | 99/483 |
| 2012/0132086 A1* | 5/2012 | Hashimoto | B65D 81/18 | 99/483 |
| 2012/0199017 A1* | 8/2012 | Leason | A47J 37/043 | 99/483 |

**US 12,569,584 B2**

Page 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

2012/0213903 A1* 8/2012 Wagner .................... A47J 36/26
426/520
2012/0251688 A1* 10/2012 Zimmerman ............ A23G 1/50
426/383
2014/0072286 A1* 3/2014 Hsiao ........................ A61L 9/03
392/390
2014/0110389 A1* 4/2014 Hsiao ........................ A61L 9/03
219/385
2014/0118992 A1* 5/2014 Hsiao ...................... F21V 33/00
362/96
2014/0126181 A1* 5/2014 Hsiao ...................... F21S 8/035
362/96
2014/0126891 A1* 5/2014 Hsiao ........................ F24F 3/12
392/393
2014/0126892 A1* 5/2014 Hsiao ................... B60H 3/0007
392/394
2014/0126893 A1* 5/2014 Hsiao ........................ A61L 9/03
392/403
2014/0161674 A1* 6/2014 Hsiao ........................ A61L 9/03
422/125
2014/0190858 A1* 7/2014 Schramm ............... A63H 37/00
206/457
2015/0246294 A1 9/2015 Schramm ............... A63H 33/28
2015/0246295 A1 9/2015 Schramm
2015/0314320 A1 11/2015 Schramm
2015/0328353 A1* 11/2015 Schramm ................. A61L 9/03
392/393
2016/0023822 A1 1/2016 Schramm
2016/0346709 A1 12/2016 Schramm

OTHER PUBLICATIONS

Serene House, NoSpill Wax Melt Warmer, Date = Unknown, YouTube Website.
Coo Candles LLC, Memory Bo—2016 Coo Candle Website.
Cubee Co., Cubee—The Illuminating Photo Cube—2014 Cubee Website.

* cited by examiner



Figure 1



Figure 2



Figure 3



Figure 4

US 12,569,584 B2

# CANDLE WARMING IMAGE DISPLAY LAMP

## CROSS REFERENCE TO RELATED APPLICATIONS

This nonprovisional utility patent application is a continuation of and claims the benefit under 35 USC § 120 to co-pending U.S. application Ser. No. 14/604,928 filed Jan. 26, 2015 and schedule to issue as U.S. Pat. No. 10,322,200 on Jun. 18, 2019, and which claims the benefit under 35 USC § 119(e) of U.S. provisional application No. 61/931,576 filed Jan. 25, 2014, all of which are incorporated herein in their entirety by this reference.

## FIELD OF THE INVENTION

The present invention relates to light emitting lamps having changeable user selected images displayed thereon that simultaneously function as candle warmers, and more especially as wax spill resistant candle warmers.

## BACKGROUND OF THE INVENTION

Lamps and night lights are well known in the art and have been widely used in providing light. Further image display apparatuses are well known in the art and have enjoyed considerable commercial success. Examples of such image display apparatuses are disclosed in U.S. Pat. Nos. 4,240,783, 7,234,258 and 7,637,047 and are expressly incorporated herein by reference. Further spill resistant containers having inwardly extending funnels are well known in the art and have enjoyed considerable commercial success. Examples of such spill resistant containers are disclosed in US patents and application U.S. Pat. Nos. 5,246,046, 7,942,109, 8,430,708, and 2014/0190858 and are expressly incorporated herein by reference. Further candle apparatuses are well known in the art and have enjoyed considerable commercial success. An example of such candle apparatuses is disclosed in U.S. Pat. No. 8,364,028, and is expressly incorporated herein by reference.

## SUMMARY OF THE INVENTION

The present invention is a candle warming image display lamp (CWIDL) for use in displaying user selectable images while providing light such as to light a room brightly or as a night light, while also warming a preferably wickless scented candle, without spilling molten candle wax. The displayed images may be for instance printed photos. The lamp may be powered for instance by plugging the lamp into a power outlet or a USB port, or by batteries, or by a combination thereof. The candle is preferably a scented wickless candle comprising scented wax contained within an open container having a funnel extending therein. The candle is preferably adapted such that the candle may be readily positioned on top of the lamp such that the wax may be melted by heat from the lamp causing scent of the melted wax to waft from the candle into the room or other location where the lamp is located. The candle is preferably adapted such that when the candle is melted, and the candle is rotated in any orientation, molten candle wax will not run out of the candle. The candle is preferably adapted such that similar candles of various colors and scents may readily exchanged for the candle on top of the lamp.

## DESCRIPTION OF DRAWINGS

In order that the advantages of the invention will be readily understood, a more particular description of the invention briefly described above will be rendered by reference to specific embodiments that are illustrated in the appended drawings. Understanding that these drawings depict only typical embodiments of the invention and are not therefore to be considered to be limiting of its scope, the invention will be described and explained with additional specificity and detail through the use of the accompanying drawings, in which:

FIG. 1 is a trimetric view of the CWIDL in an assembled configuration;

FIG. 2 is a trimetric view of the CWIDL in a partially disassembled configuration, with the candle assembly removed from the image display lamp;

FIG. 3 is a trimetric view of the CWIDL in a disassembled configuration, with the candle assembly removed from the image display lamp, and with the image display lamp disassembled, and;

FIG. 4 is an enlarged trimetric view of the candle assembly.

## DETAILED DESCRIPTION OF THE INVENTION

Reference throughout this specification to "one embodiment," "an embodiment," or similar language means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the present invention. Thus, appearances of the phrases "in one embodiment," "in an embodiment," and similar language throughout this specification may, but do not necessarily, all refer to the same embodiment.

Furthermore, the described features, structures, or characteristics of the invention may be combined in any suitable manner in one or more embodiments. In the following description, numerous specific details are included to provide a thorough understanding of embodiments of the invention. One skilled in the relevant art will recognize, however, that the invention can be practiced without one or more of the specific details, or with other methods, components, materials, and so forth. In other instances, well-known structures, materials, or operations are not shown or described in detail to avoid obscuring aspects of the invention.

In order to facilitate the understanding of the present invention in reviewing the drawings accompanying the specification, a feature table is provided below. It is noted that like features are like numbered throughout all of the figures.

| FEATURE TABLE | | | |
|---|---|---|---|
| # | Feature | # | Feature |
| 10 | Candle warming image display lamp apparatus | 20 | Image display lamp |
| 22 | Base assembly | 23 | Base |
| 24 | Light bulb socket | 25 | Light bulb |
| 26 | Electrical cord | 27 | Electrical switch |
| 28 | Inner wall | 30 | Outer wall |
| 40 | Display image | 50 | Candle assembly |
| 52 | Container | 54 | Container upper opening |
| 55 | Container funnel | 56 | Container feet |
| 58 | Wax | | |

Referring now to the drawings, in a preferred embodiment the invention is a candle warming image display lamp apparatus **10** (CWIDL **10**) for use in displaying user select-

US 12,569,584 B2

3

able images while providing light such as to light a room brightly or as a night light, while also warming a preferably wickless candle, without spilling molten candle wax comprising an image display lamp 20 and a candle assembly 50 removably mountable to the top of image display lamp 20. Image display lamp 20 further comprises a base assembly 22, an outer wall 30, and at least one display image 40. Base assembly 22 further comprises a base 23, a light bulb socket 24 (not shown) connected to base 23, a light bulb 25 electrically connected to light bulb socket 24, an electrical cord 26 electrically connected to light bulb socket 24, an electrical switch 27 electrically connected to electrical cord 26, and a preferably translucent inner wall 28 mounted to base 23. Image display lamp 20 further includes a preferably translucent outer wall 30 and at least one display image preferably defining an image printed on a paper or like substrate. Outer wall 30 is adapted to be slidingly positioned over inner wall 28 such that with the display image 40 may be displayably positioned in a gap formed between inner wall 28 and outer wall 30. Outer wall 30 preferably includes a flange on the top thereof that covers the gap formed between inner wall 28 and outer wall 30. It is noted that in an alternate embodiment, the image display lamp 20 may be powered by batteries or by a USB port mounted to base 23 or by batteries that are positioned within base 23 and recharged via a USB port that is mounted to base 23. Further, base 23 or other members of image display lamp 20 or candle assembly 50 may be made of glowing-in-the-dark or phosphorescent plastic. Candle assembly 50 further preferably defines a scented wickless candle assembly having a container 52 preferably defining generally translucent cubic shaped container having an upper opening 54 and a funnel 55 connected to upper opening 54 and extending inwardly into the inner cavity of container 52. Container 52 may include a plurality of feet 56 connect to an underside thereof. Container 52 may be a single integral structure or may be an assembly of structures such as a two piece container of a lower cup and an upper lid having a funnel such that the cup and lid fit together in a snap-tight configuration. Container 52 further includes a predetermined quantity of scented and preferably colored wax 58 cast into container 52. Container 52 may also optionally have a receiving flange to snappingly receive a snap-on cover for use when candle assembly 50 is not being heated or otherwise not in use such that scent of wax 58 is substantially contained within container 52 and such that wax 58 does not evaporate from candle assembly 50. Candle assembly 50 is adapted such that when wax 58 of candle assembly 50 is melted, because of inwardly extending funnel 55, wax 58 will not run out of container 52 regardless of the orientation in which the candle assembly 50 may be positioned. Candle assembly 50 is preferably adapted such that multiple instances of candle assembly 50 may be nestably stacked upon each other. It is noted that in an alternate embodiment, candle assembly 50 may have include wick.

In practice, with display image 40 positioned in image display lamp 20, image display lamp 20 electrically powered, and candle assembly 50 mounted upon display lamp 20, CWIDL 10 provides light while displaying a selected display image 40 and while spill resistantly warming candle assembly 50 without the use of a flame so as to cause the aroma of candle assembly 50 to waft from candle assembly 50 via container opening 54. CWIDL 10 may be adapted such that there is some gap between display lamp 20 and candle assembly 50 to allow for ventilation or air to pass therebetween. If the user desires to change display image 40, the user may merely remove candle assembly 50 from the

4

display lamp 20, slide outer wall 30 off of inner wall 28, exchange display image 40 with a different image, replace outer wall 30, and replace candle assembly 50. If the user tires of the scent or color of candle assembly 50, or when wax 58 of candle assembly 50 is consumed, the user merely substitutes one instance of candle assembly 50 with another instance of candle assembly 50. Candle assembly 50 is preferably a disposable candle (i.e. candle assembly 50 is discarded after consumption of wax 58 of candle assembly 50), but may alternately be a serviceable candle (i.e. candle assembly 50 may be recycled by adding wax 58 to container 52 to replace consumed wax 58 or by adding additional fragrance to existing wax 58 to replace dispersed fragrance). It is further noted that the CWIDL 10 may optionally have a battery powered fan mounted thereon to aid in the dispersal of the scent of the candle.

In a first alternate embodiment, the invention is substantially identical to CWIDL 10 except that rather than using a light bulb to melt wax, the invention includes a heating element—such as those found in coffee cup warmers or wax warmers—to melt wax 58.

In a second alternate embodiment, the invention forms a fondue warming apparatus which is substantially identical to CWIDL 10 except that in the alternate embodiment, wax 58 of candle assembly 50 is replaced with chocolate, caramel, fudge, marsh mellows, or like edible composition having a relatively low melt temperature such that strawberries, pineapple fruit, marshmallows, and like edible snacks may be dipped into the melted composition and consumed as a fondue style treat.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. An apparatus comprising at least one of a first container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container, and a second container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting fluent composition, an atmosphere altering fluent composition, a flammable fluent composition, and a fuel contained therein, wherein said apparatus is expressly adapted to mount to a heating apparatus.

2. The apparatus of claim 1, wherein said apparatus defines at least one of a colored apparatus, a wickless candle apparatus, a scented candle apparatus, and a combination thereof.

3. The apparatus of claim 1, wherein said apparatus defines at least one of a disposable apparatus and a serviceable apparatus, and wherein said apparatus defines at least one of a single member container and a container comprised of a plurality of discrete members joined to form said container.

4. The apparatus of claim 1, wherein said apparatus defines at least one of an apparatus adapted to nest with and

US 12,569,584 B2

**5**

stack upon another instance of said apparatus and an apparatus having a lid receiving member and being adapted to hermetically engage a lid.

5. The apparatus of claim **1**, wherein said apparatus is mounted on a heater comprising at least one of a non-light-emitting heating element heater and a light-emitting heater.

6. The apparatus of claim **5**, wherein said non-light-emitting heating element heater further defines a heater expressly adapted to receive said apparatus at least partially within said non-light-emitting heating element heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open funnel of said apparatus and said apparatus is rotated said composition will not run out of an open funnel of said apparatus and wherein said light-emitting heater further defines a lamp having a user selectable and modifiable image displayed thereon and expressly adapted to receive said apparatus at least partially within said light-emitting heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open funnel of said apparatus and said apparatus is rotated said composition will not run out of an open funnel of said apparatus.

7. An apparatus comprising at least one of a first open container having an inner cavity and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container, and a second open container having an inner cavity and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when at least a portion of said composition is fluent and said second container is oriented in any orientation, said composition will not run out of said second container, and wherein said apparatus is expressly adapted to mount to a heater, wherein said containers include an open funnel extending into said inner cavities.

8. The apparatus of claim **7**, wherein said apparatus defines at least one of a colored apparatus, a wickless candle apparatus, a scented candle apparatus, and a combination thereof.

9. The apparatus of claim **7**, wherein said apparatus defines at least one of a disposable apparatus and a serviceable apparatus, and wherein said apparatus defines at least one of a single member container and a container comprised of a plurality of discrete members joined to form said container.

10. The apparatus of claim **7**, wherein said apparatus defines at least one of an apparatus adapted to nest with and

**6**

stack upon another instance of said apparatus and an apparatus having a lid receiving member and being adapted to hermetically engage a lid.

11. The apparatus of claim **7**, wherein said apparatus is mounted on a heater comprising at least one of a non-light-emitting heating element heater and a light-emitting heater.

12. The apparatus of claim **11**, wherein said non-light-emitting heating element heater further defines a heater expressly adapted to receive said apparatus at least partially within said non-light-emitting heating element heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open funnel of said apparatus and said apparatus is rotated said composition will not run out of an open funnel of said apparatus and wherein said light-emitting heater further defines a lamp having a user selectable and modifiable image displayed thereon and expressly adapted to receive said apparatus at least partially within said light-emitting heater and to heat said apparatus such that when said composition is fluent and fragrance emits from an open container of said apparatus and is rotated said composition will not run out of an open container of said apparatus.

13. An apparatus comprising at least one of a first container having an inner cavity and an open funnel extending into said inner cavity and a composition contained therein comprising at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate said first container, aroma of said atmosphere proximate said first container is altered, and a second open container having an inner cavity and a fluent composition contained therein comprising at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate said second container, aroma of said atmosphere proximate said second container is altered, wherein when said second container is oriented in any orientation, said aromatic composition will not run out of said second container.

14. The apparatus of claim **13**, wherein said first container includes a lid removably connected thereto such that said composition is hermetically contained therein, and wherein when said lid is opened said hermeticity is terminated and said composition is exposed to atmosphere proximate said first container, and wherein said second container includes a lid removably connected thereto such that said fluent composition is hermetically contained therein, and wherein when said lid is opened said hermeticity is terminated and said fluent composition is exposed to atmosphere proximate said second container, and wherein said edible molten composition defines at least one of chocolate, caramel, fudge, marshmallow and a combination thereof.

\* \* \* \* \*

Michael R. Schramm
350 West 2000 South
Perry, UT 84302
801-710-7793
E-mail: mikeschramm@besstek.net

December 1, 2021

Alan K. Farrell, President
Rimports LLC
201 East Bay Blvd
Provo, UT 84606

Re: Offer of License to Spill Resistant Invention via USPS #7020 0640 0000 3826 0938

Dear Mr. Farrell:

I write to offer Rimports LLC (Rimports) a license to my patented inventions for spill resistant containers relating to candles and like fragrance dispersing apparatuses. Attached for your review are select screen captures of a promotional video of a candle embodiment of the invention, a front page copy of US 10,322,200, a front page copy US 20210113732, a front page copy US 20200239210, and a front page copy of US 10,973,944. I will email to you a copy of the promotional video should you care to provide me your email address.

In addition to the candle embodiment, I note that given Rimports demonstrated commercial interest in spill resistant fragrance apparatuses (e.g. Scentsationals scent charms practiced under US '944) a license to my patented inventions could be of commercial value to Rimports.

I would be happy to discuss a license with Rimports for reasonable terms and conditions. I would ask that you please respond by January 15, 2022 informing me of Rimport's interest in acquiring rights.

Thank you,

Michael R. Schramm

Michael R. Schramm

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
ALAN K. FARRELL -RIMPORTS LLC
Street and Apt. No., or PO Box No.
201 EAST BAY BLVD
City, State, ZIP+4®
PROVO, UT 84606

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 3826 0938

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALAN K. FARRELL, PRESIDENT
RIMPORTS LLC
201 EAST BAY BLVD
PROVO, UT 84606

9590 9402 3397 7227 2943 37

2. Article Number (Transfer from service label)

7020 0640 0000 3826 0938

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To ALAN K. FARRELL - RIMPORTS LLC
Street and Apt. No., or PO Box No. 201 EAST BAY BLVD
City, State, ZIP+4® PROVO, UT 84606

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALAN K. FARRELL, PRESIDENT
RIMPORTS LLC
201 EAST BAY BLVD
PROVO, UT 84606

9590 9402 3397 7227 2943 37

2. Article Number *(Transfer from service label)*

7020 0640 0000 3826 0938

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X BFM

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

C19 609    12-4-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

SALT LAKE CITY UT 840

DEC 2021 PM 2 L

9590 9402 3397 7227 2943 37

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MIKE SCHRAMM
350 WEST 2000 SOUTH
PERRY, UT 84302

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 1 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 1a reads verbatim: "***An apparatus** comprising at least one of **a first container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container,** and a second container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting fluent composition, an atmosphere altering fluent composition, a flammable fluent composition, and a fuel contained therein, **wherein said apparatus is expressly adapted to mount to a heating apparatus***".

| Lmt # | Limitations Contained in Subject Claim of __20210113732__ ("statements of intended use" and/or comments are *italicized*) | Claim 1a | RSA |
|---|---|---|---|
| 1 | The product is an apparatus. | Y | Y[*1] |
| 2 | The apparatus has a container. | Y | Y[*1] |
| 3 | The container has an inner cavity. | Y | Y[*1] |
| 4 | The container has an open funnel extending into the inner cavity. | Y | Y[*1] |
| 5 | The container has at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein. | Y | Y[*1] |
| 6 | When the composition is fluent and the container is oriented in any orientation, the composition will not run out of the container. | Y | Y[*1, 11] |

The container contains an atmosphere altering fragrance emitting composition which is fluent at room temperature.  Inasmuch as the RSA practices every limitation of claim 1a, it is shown that the RSA practices claim 1a (in its entirety).  Or in other words, the RSA infringes claim 1a.

---

*1: See Appendix A-1.
*11: See Appendix A-11.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 1 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 1b reads verbatim: "***An apparatus** comprising at least one of a first container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container, and **a second container having an inner cavity and an open funnel extending into said inner cavity, and at least one of a fragrance emitting fluent composition, an atmosphere altering fluent composition, a flammable fluent composition, and a fuel contained therein**, wherein said apparatus is expressly adapted to mount to a heating apparatus*".

| Lmt # | Limitations Contained in Subject Claim of __20210113732__ ("statements of intended use" and/or comments are *italicized*) | Claim 1b | RSA |
|---|---|---|---|
| 1 | The product is an apparatus. | Y | Y[*1] |
| 2 | The apparatus has a container. | Y | Y[*1] |
| 3 | The container has an inner cavity. | Y | Y[*1] |
| 4 | The apparatus has an open funnel extending into the inner cavity. | Y | Y[*1] |
| 5 | The container has at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein. | Y | Y[*1] |
| 6 | The apparatus is expressly adapted to mount to a heating apparatus. | Y | Y[*1, 7, 8, 9] |

The container contains an atmosphere altering fragrance emitting composition which is fluent at room temperature.  Inasmuch as the RSA practices every limitation of claim 1b, it is shown that the RSA practices claim 1b (in its entirety).  Or in other words, the RSA infringes claim 1b.

_____

*1: See Appendix A-1.
*11: See Appendix A-7.
*11: See Appendix A-8.
*11: See Appendix A-9.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 3 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 3 reads verbatim: "*The apparatus of claim 1, wherein said apparatus defines at least one of a colored apparatus, a wickless candle apparatus, a scented candle apparatus, and a combination thereof*".

| Lmt # | Limitations Contained in Subject Claim of 20210113732 ("statements of intended use" and/or comments are *italicized*) | Claim 3 | RSA |
|---|---|---|---|
| 1 | The apparatus defines at least one of a colored apparatus, a wickless candle apparatus, a scented candle apparatus, and a combination thereof. | Y | Y[*1, 4, 5] |

The apparatus is colored - at least by virtue of the fragrance contained therein and/or the white lid. Inasmuch as the RSA practices every limitation of claim 3, it is shown that the RSA practices claim 3 (in its entirety).  Or in other words, the RSA infringes claim 3.

--------------------

*1: See Appendix A-1.
*1: See Appendix A-4.
*1: See Appendix A-5.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 4 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 4 reads verbatim: "*The apparatus of claim 1, wherein said apparatus defines at least one of a disposable apparatus and a serviceable apparatus, and wherein said apparatus defines at least one of a single member container and a container comprised of a plurality of discrete members joined to form said container*".

| Lmt # | Limitations Contained in Subject Claim of __20210113732__ ("statements of intended use" and/or comments are *italicized*) | Claim 4 | RSA |
|---|---|---|---|
| 1 | The apparatus defines at least one of a disposable apparatus and a serviceable apparatus. | Y | Y[*1] |
| 2 | The apparatus defines at least one of a single member container and a container comprised of a plurality of discrete members joined to form said container. | Y | Y[*1] |

The apparatus inherently must be either serviceable or disposable (or both).  The container is a single member container.  Inasmuch as the RSA practices every limitation of claim 4, it is shown that the RSA practices claim 4 (in its entirety).  Or in other words, the RSA infringes claim 4.

_____

*1: See Appendix A-1.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 6 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 6 reads verbatim: "*The apparatus of claim 1, wherein said apparatus defines at least one of an apparatus adapted to nest with and stack upon another instance of said apparatus and an apparatus having a lid receiving member and being adapted to hermetically engage a lid*".

| Lmt # | Limitations Contained in Subject Claim of __20210113732__ ("statements of intended use" and/or comments are *italicized*) | Claim 6 | RSA |
|---|---|---|---|
| 1 | The apparatus defines at least one of an apparatus adapted to nest with and stack upon another instance of said apparatus and an apparatus having a lid receiving member and being adapted to hermetically engage a lid. | Y | Y[*1] |

The apparatus includes a lid receiving member - the threaded neck of the container.  The container (especially the threaded neck) is adapted to hermetically engage a lid.  Inasmuch as the RSA practices every limitation of claim 6, it is shown that the RSA practices claim 6 (in its entirety).  Or in other words, the RSA infringes claim 6.

_____

*1: See Appendix A-1.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 7 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 7 reads verbatim: "*The apparatus of claim 1, wherein said apparatus is mounted on a heater comprising at least one of a non-light-emitting heating element heater and a light-emitting heater*".

| Lmt # | Limitations Contained in Subject Claim of <u>20210113732</u><br>("statements of intended use" and/or comments are *italicized*) | Claim 7 | RSA |
|-------|-----------------------------------------------------------------------------------------------------|---------|-----|
| 1 | The apparatus is mounted on a heater. | Y | Y[*1, 7, 8, 9] |
| 2 | The heater comprising at least one of a non-light-emitting heating element heater and a light-emitting heater. | Y | Y[*1, 7, 8, 9] |

The apparatus is mounted to a heater via a threaded connection and the heating element of the heater inherently either emits light or it does not emit light. Inasmuch as the RSA practices every limitation of claim 7, it is shown that the RSA practices claim 7 (in its entirety). Or in other words, the RSA infringes claim 7.

---

*1: See Appendix A-1.
*1: See Appendix A-7.
*1: See Appendix A-8.
*1: See Appendix A-9.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 11a of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 11a reads verbatim: "***An apparatus** comprising at least one of a first open container having an inner cavity**, an open funnel extending into said inner cavity,** and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container,* and a second open container having an inner cavity,* an open funnel extending into said inner cavity,* and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when at least a portion of said composition is fluent and said second container is oriented in any orientation, said composition will not run out of said second container,* **and wherein said apparatus is expressly adapted to mount to a heater***".

| Lmt # | Limitations Contained in Subject Claim of 20210113732 ("statements of intended use" and/or comments are *italicized*) | Claim 11a | RSA |
|---|---|---|---|
| 1 | The product is an apparatus. | Y | Y[*1] |
| 2 | The apparatus has an open container. | Y | Y[*1] |
| 3 | The open container has an inner cavity. | Y | Y[*1] |
| 4 | The container has an open funnel extending into the inner cavity. | Y | Y[*1] |
| 5 | The container has at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein. | Y | Y[*1] |
| 6 | When said composition is fluent and the container is oriented in any orientation, the composition will not run out of the container. | Y | Y[*1, 11] |
| 7 | The apparatus is expressly adapted to mount to a heating apparatus. | Y | Y[*1, 7, 8, 9] |

The container contains an atmosphere altering fragrance emitting composition which is fluent at room temperature.  The apparatus is expressly adapted to mount to a heater via a threaded connection.  Inasmuch as the RSA practices every limitation of claim 11a, it is shown that the RSA practices claim 11a (in its entirety).  Or in other words, the RSA infringes claim 11a.

_____

*1: See Appendix A-1.
*1: See Appendix A-7.
*1: See Appendix A-8.
*1: See Appendix A-9.
*11: See Appendix A-11.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 11b of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 11b reads verbatim: "***An apparatus* comprising at least one of** *a first open container having an inner cavity*, an open funnel extending into said inner cavity, *and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when said composition is fluent and said first container is oriented in any orientation, said composition will not run out of said first container, and **a second open container having an inner cavity**, **an open funnel extending into said inner cavity**, **and at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein, wherein when at least a portion of said composition is fluent and said second container is oriented in any orientation, said composition will not run out of said second container, and wherein said apparatus is expressly adapted to mount to a heater***".

| Lmt # | Limitations Contained in Subject Claim of <u>20210113732</u><br>("statements of intended use" and/or comments are *italicized*) | Claim 11b | RSA |
|---|---|---|---|
| 1 | The product is an apparatus. | Y | Y[*1] |
| 2 | The apparatus has an open container. | Y | Y[*1] |
| 3 | The open container has an inner cavity. | Y | Y[*1] |
| 4 | The container has an open funnel extending into the inner cavity. | Y | Y[*1] |
| 5 | The container has at least one of a fragrance emitting composition, an atmosphere altering composition, a flammable composition, and a fuel contained therein. | Y | Y[*1] |
| 6 | When at least a portion of the composition is fluent and the container is oriented in any orientation, the composition will not run out of the container. | Y | Y[*1, 11] |
| 7 | The apparatus is expressly adapted to mount to a heating apparatus. | Y | Y[*1, 7, 8, 9] |

The container contains an atmosphere altering fragrance emitting composition which is fluent at room temperature. The apparatus is expressly adapted to mount to a heater via a threaded connection. Inasmuch as the RSA practices every limitation of claim 11b, it is shown that the RSA practices claim 11b (in its entirety). Or in other words, the RSA infringes claim 11b.

---

*1: See Appendix A-1.
*1: See Appendix A-7.
*1: See Appendix A-8.
*1: See Appendix A-9.
*11: See Appendix A-11.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 19 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 19a reads verbatim: "***An apparatus comprising at least one of a first container having an inner cavity and an open funnel extending into said inner cavity and a composition contained therein comprising at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate said first container, aroma of said atmosphere proximate said first container is altered***, *and a second open container having an inner cavity and a fluent composition contained therein comprising at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate said second container, aroma of said atmosphere proximate said second container is altered, wherein when said second container is oriented in any orientation, said aromatic composition will not run out of said second container*".

| Lmt # | Limitations Contained in Subject Claim of 20210113732 ("statements of intended use" and/or comments are *italicized*) | Claim 19a | RSA |
|---|---|---|---|
| 1 | The product is an apparatus. | Y | Y[*1] |
| 2 | The apparatus has a container. | Y | Y[*1] |
| 3 | The container has an inner cavity. | Y | Y[*1] |
| 4 | The container has an open funnel extending into the inner cavity. | Y | Y[*1] |
| 5 | The container has a composition container therein. | Y | Y[*1] |
| 6 | The composition is at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate the container, aroma of the atmosphere proximate the container is altered. | Y | Y[*1] |

The container contains an atmosphere altering fragrance emitting composition which is fluent at room temperature.  Inasmuch as the RSA practices every limitation of claim 19a, it is shown that the RSA practices claim 19a (in its entirety).  Or in other words, the RSA infringes claim 19a.

---

*1: See Appendix A-1.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 19 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 19b reads verbatim: "***An apparatus comprising at least one of*** *a first container having an inner cavity and an open funnel extending into said inner cavity and a composition contained therein comprising at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate said first container, aroma of said atmosphere proximate said first container is altered, and* ***a second open container having an inner cavity and a fluent composition contained therein comprising at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate said second container, aroma of said atmosphere proximate said second container is altered, wherein when said second container is oriented in any orientation, said aromatic composition will not run out of said second container***".

| Lmt # | Limitations Contained in Subject Claim of **20210113732** ("statements of intended use" and/or comments are *italicized*) | Claim 19b | RSA |
|---|---|---|---|
| 1 | The product is an apparatus. | Y | Y[*1] |
| 2 | The apparatus has a container. | Y | Y[*1] |
| 3 | The container has an inner cavity. | Y | Y[*1] |
| 4 | The container has a fluent composition container therein. | Y | Y[*1] |
| 5 | The composition is at least one of an edible molten composition and an aromatic composition adapted such that when said aromatic composition is exposed to atmosphere proximate the container, aroma of the atmosphere proximate the container is altered. | Y | Y[*1] |
| 6 | When said composition is fluent and the container is oriented in any orientation, the aromatic composition will not run out of the container. | Y | Y[*1, 11] |

The container contains an atmosphere altering fragrance emitting composition which is fluent at room temperature.  Inasmuch as the RSA practices every limitation of claim 19b, it is shown that the RSA practices claim 19b (in its entirety).  Or in other words, the RSA infringes claim 19b.

_____

*1: See Appendix A-1.
*1: See Appendix A-11.

**251006 Comparison of Rimports Air Freshener vs US 20210113732.doc**

Claim 20 of allowed US publication 20210113732 is analyzed in comparison to a Rimports "spill-resistant" scent emitting apparatus (RSA) (see Appendix A).

**US 20210113732**, claim 20a reads verbatim: "***The apparatus of claim 19, wherein said first container includes a lid removably connected thereto such that said composition is hermetically contained therein, and wherein when said lid is opened said hermeticity is terminated and said composition is exposed to atmosphere proximate said first container***, *and wherein said second container includes a lid removably connected thereto such that said fluent composition is hermetically contained therein, and wherein when said lid is opened said hermeticity is terminated and said fluent composition is exposed to atmosphere proximate said second container, and wherein said edible molten composition defines at least one of chocolate, caramel, fudge, marshmallow and a combination thereof*".

| Lmt # | Limitations Contained in Subject Claim of <u>20210113732</u><br>("statements of intended use" and/or comments are *italicized*) | Claim 20a | RSA |
|---|---|---|---|
| 1 | The apparatus of claim 19. | Y | Y[*1] |
| 2 | The container includes a lid removably connected thereto. | Y | Y[*1] |
| 3 | The connection is such that the composition is hermetically contained therein. | Y | Y[*1] |
| 4 | When the lid is opened the hermeticity is terminated and the composition is exposed to atmosphere proximate the container. | Y | Y[*1] |

The apparatus includes a lid removably connected to the container via the threaded neck of the container. The lid hermetically seals the container when it is attached and terminates the hermeticity when it is removed such that the composition is exposed to the atmosphere proximate the container. Inasmuch as the RSA practices every limitation of claim 20a, it is shown that the RSA practices claim 20a (in its entirety). Or in other words, the RSA infringes claim 20a.

---

*1: See Appendix A-1.

# Exhibit A-1



**Lid receiving member**
(threaded neck)

**Open funnel**
(if the funnel were not open, fragrance would not be able to pass from the inner cavity and alter the surrounding atmosphere

**Removable lid**
(Heremtically sealed when assembled and hermeticity is terminated when disassembled)

cinnamo

Fragrance Oil
0.8 FL OZ./24

**Aromatic fragrance emitting composition**
(Cinnamon)

**Container**

**Container inner cavity**

**Apparatus**
(the apparatus is colore

When the container is oriented in any orientation, the composition will not run out of the container. The apparatus is expressly adapted to mount to a heating apparatus.

# Exhibit A-2

## ScentSationals Scented Plug In Air Fresheners



# Exhibit A-3

## ScentSationals Scented Plug In Air Fresheners



**ScentSationals®**
— SCENTED WAX WARMER —
YOUR CHOICE FOR HOME FRAGRANCE



### MULTIPLE FRAGRANCE OPTIONS

### EASILY CHANGE SCENT

Fragrance Oils Sold Separately

- FUN DESIGN
- FRESH FRAGRANCES
- LONG-LASTING SCENTS
- DECORATE ANY SPACE








Scent charms
By ScentSationals

3

# Exhibit A-4

## ScentSationals Scented Plug In Air Fresheners – Fragrance Bottle



**Exhibit A-5**

**ScentSationals Scented Plug In Air Fresheners – Fragrance Bottle**



# Exhibit A-6

## ScentSationals Scented Plug In Air Fresheners – Applications





Bathroom



Living Room



Dining Room



Bedroom



Kitchen

**Exhibit A-7**

## ScentSationals Scented Plug In Air Fresheners – Usage instructions



# Exhibit A-8

## ScentSationals Scented Plug In Air Fresheners – Usage instructions

The Scentsationals Scent Charm plug-in oil diffuser works by using a heat source to gently evaporate fragrance oils, which are then released into the air. The diffuser is plugged into a wall outlet and features a swivel plug for easy compatibility with different outlet orientations. You can then add your favorite ScentSationals or Fusion Fragrance Oil refill packs into the diffuser. The device then utilizes a heat source to gently evaporate the fragrance, filling the room with a pleasant aroma.

Here's a more detailed breakdown:

1.**1. Plug-in and Setup:**

2..Opens in new tabThe Scent Charm diffuser plugs directly into a standard wall outlet. The plug swivels to fit various outlet orientations, making setup easy.

3.**2. Fragrance Oil Refills:**

4..Opens in new tabYou insert the fragrance oil refill bottle into the diffuser until it clicks.

5.**3. Gentle Heat Evaporation:**

6..Opens in new tabThe diffuser's internal heat source gently heats the oil, causing it to evaporate.

7.**4. Fragrance Release:**

8..Opens in new tabThe evaporated fragrance is then released into the air, filling your space with a pleasant scent.

8

**Exhibit A-9**

**ScentSationals Scented Plug In Air Fresheners – Usage video**



# Exhibit A-10

## ScentSationals Scented Plug In Air Fresheners – Walmart sale advertisement



# Exhibit A-11

## Rimports '944 patent for ScentSationals "Spill-Resistant" Scented Plug In Air Fresheners

US010973944B1

(12) **United States Patent**
Farrell et al.

(10) Patent No.: **US 10,973,944 B1**
(45) Date of Patent: **Apr. 13, 2021**

(54) **FRAGRANCE DISPENSER WITH FRAGRANCE CONSERVATION FEATURES**

(71) Applicant: **Rimports, LLC**, Provo, UT (US)

(72) Inventors: **Alan K. Farrell**, Salt Lake City, UT (US); **Joe Robinson**, Lehi, UT (US)

(73) Assignee: **Rimports, LLC**, Provo, UT (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 82 days.

(21) Appl. No.: 16/358,640

(22) Filed: **Mar. 19, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/600,629, filed on Apr. 13, 2017, now Pat. No. Des. 843,556, and a continuation-in-part of application No. 29/592,630, filed on Jan. 31, 2017, now Pat. No. Des. 849,540.

(51) Int. Cl.
A61L 9/14 (2006.01)
F24F 6/08 (2006.01)
A61L 9/12 (2006.01)

(52) U.S. Cl.
CPC ............ A61L 9/14 (2013.01); A61L 9/122 (2013.01); A61L 9/127 (2013.01); F24F 6/08 (2013.01); A61L 2209/13 (2013.01)

(58) Field of Classification Search
CPC .... F24F 6/08; A61L 9/14; A61L 9/122; A61L 9/127
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,254,844 A | 3/1964 | Blasnik et al. |
| D198,054 S | 4/1964 | Lowry |
| D213,213 S | 1/1969 | Horton et al. |
| D254,930 S | 5/1980 | Mandon et al. |
| D355,601 S | 2/1995 | Buettner et al. |
| D357,628 S | 4/1995 | Vasas |
| D399,658 S | 10/1998 | Nosella |
| D400,442 S | 11/1998 | Nosella |
| D404,459 S | 1/1999 | Furner et al. |
| 6,061,950 A | 5/2000 | Carey et al. |
| D465,019 S | 10/2002 | Wu |
| D484,414 S | 12/2003 | Kerr |
| 6,862,403 B2 * | 3/2005 | Pedrotti ......... A01M 1/2072 392/392 |
| D506,136 S | 6/2005 | Wilde et al. |
| D538,177 S | 3/2007 | Dretzka |

(Continued)

Primary Examiner — Robert A Hopkins
(74) Attorney, Agent, or Firm — Dentons Durham Jones Pinegar

(57) **ABSTRACT**

Fragrance dispensers with features that are capable of reducing wastage of fragrance, or of conserving fragrance, are disclosed. Such a fragrance dispenser may have a configuration that collects fragrance that is expelled from the fragrance dispenser, but has not vaporized or atomized sufficiently to dissipate into the environment, as well as fragrance that condenses immediately after it has been expelled from the fragrance dispenser. A spill-resistant bottle that may be used with a fragrance dispenser has a shape that orients an opening of the bottle in a somewhat upward orientation to prevent fragrance from spilling out when the bottle is tipped over. Fragrance dispensers with configurations that generate vortices to deliver fragrance into the surrounding environment are also disclosed.

**21 Claims, 5 Drawing Sheets**

(57) **ABSTRACT**

Fragrance dispensers with features that are capable of reducing wastage of fragrance, or of conserving fragrance, are disclosed. Such a fragrance dispenser may have a configuration that collects fragrance that is expelled from the fragrance dispenser, but has not vaporized or atomized sufficiently to dissipate into the environment, as well as fragrance that condenses immediately after it has been expelled from the fragrance dispenser. A spill-resistant bottle that may be used with a fragrance dispenser has a shape that orients an opening of the bottle in a somewhat upward orientation to prevent fragrance from spilling out when the bottle is tipped over. Fragrance dispensers with configurations that generate vortices to deliver fragrance into the surrounding environment are also disclosed.



11

# Exhibit A-12

## Rimports '540 design patent for "Spill-Resistant" Air Freshener Bottle



US00D849540S

(12) **United States Design Patent**   (10) **Patent No.:**      **US D849,540 S**
Robinson et al.                         (45) **Date of Patent:**   ** **May 28, 2019**

(54) **BOTTLE FOR A FRAGRANCE DISPENSER**

(71) Applicant: **Rimports Inc.**, Provo, UT (US)

(72) Inventors: **Joe Robinson**, Lehi, UT (US); **Alan K. Farrell**, Salt Lake City, UT (US)

(73) Assignee: **Rimports, LLC**, Provo, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/592,630**

(22) Filed: **Jan. 31, 2017**

(51) **LOC (11) Cl.** ............................................... **09-01**

(52) **U.S. Cl.**
USPC ........................................................ **D9/500**

(58) **Field of Classification Search**
USPC ......... D9/500, 503–504, 516, 549, 558, 682, D9/688–692, 715, 719; D4/116
CPC .......... B65D 1/00; B65D 1/02; B65D 1/0223; B65D 23/00; B65D 51/32; B65D 2501/00; B65D 2501/0009
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D198,054 S | * | 4/1964 | Lowry | D9/504 |
| 3,254,844 A | * | 6/1966 | Blasnik | A01C 23/042 239/310 |
| D210,867 S | * | 4/1968 | Kuroda | D9/503 |
| D230,953 S | * | 3/1974 | Edwards | D9/500 |
| D330,859 S | * | 11/1992 | Schaeffer | D9/503 |
| D355,601 S | * | 2/1995 | Buettner | D9/503 |
| D357,628 S | * | 4/1995 | Vasas | D9/503 |
| D399,658 S | * | 10/1998 | Nosella | D4/116 |
| D400,442 S | * | 11/1998 | Nosella | D9/500 |
| D484,414 S | * | 12/2003 | Kerr | D9/500 |
| D506,136 S | * | 6/2005 | Wilde | D9/503 |
| D538,177 S | * | 3/2007 | Dretzka | D6/542 |
| D543,846 S | * | 6/2007 | Kitamura | D9/500 |
| D581,287 S | * | 11/2008 | Tran | D9/556 |
| D611,344 S | * | 3/2010 | Longacre | D9/500 |
| D631,355 S | * | 1/2011 | Barsoumian | D9/500 |
| D646,973 S | * | 10/2011 | Flanagan-Kent | D9/500 |
| D802,422 S | * | 11/2017 | Laib | D9/500 |
| D816,203 S | * | 4/2018 | Valentino | D23/366 |

* cited by examiner

*Primary Examiner* — Dana Meyrow

(74) *Attorney, Agent, or Firm* — Durham Jones & Pinegar, P.C., Intellectual Property Law Group

(57) **CLAIM**

The ornamental design for a bottle for a fragrance dispenser, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a design for a bottle for a fragrance dispenser;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a left side elevation view thereof;
FIG. **4** a rear elevation view thereof;
FIG. **5** is a right side elevation view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a bottom plan view thereof; and,
FIG. **8** is a perspective view thereof showing the bottle for a fragrance dispenser assembled.
The broken lines in the drawings illustrate unclaimed environmental subject matter as well as the portions of the bottle for a fragrance dispenser that form no part of the claim.

**1 Claim, 2 Drawing Sheets**







Case 8:26-cv-00833   Document 1   Filed 04/06/26   Page 55 of 57   Page ID #:55

13

https://www.dictionary.com/browse/funnel



Case 8:26-cv-00833   Document 1   Filed 04/06/26   Page 56 of 57   Page ID #:56

# Exhibit A-15
## Merriam Webster Definition of "Fluent"
### https://www.merriam-webster.com/dictionary/fluent

